AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 01, 2017

SEAN F. McAVOY, CLERK

MARTHA LUTZ,

_____
_Plaintiff_                          )
)
v.                           )
)
COMMISSIONER OF SOCIAL SECURITY,      )
)
_____
_Defendant_

Civil Action No.   2:16-cv-00002-FVS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

❏ the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ _____ recover costs from the plaintiff _(name)_ _____ .

☑ other:  Plaintiff's Motion for Summary Judgment (ECF No. 13) is DENIED.
Defendant's Motion for Summary Judgment (ECF No. 15) is GRANTED.
Judgment is entered for Defendant.

This action was _(check one)_:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge      FRED VAN SICKLE                      on a motion for

Date:  3/1/2017_____

_CLERK OF COURT_

SEAN F. McAVOY
_____

s/ Tonia Ramirez
_____
_(By) Deputy Clerk_

Tonia Ramirez
_____